UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAREN HEATHERLY, et al., | Case No. 13-cv-01132 NC |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY PLAINTIFFS' SECOND AMENDED COMPLAINT SHOULD NOT BE STRICKEN** |
| v. | |
| BISTRO 29, et al., | Re: Dkt. No. 9 |
| Defendants. | |

Rule 15 of the Federal Rules of Civil Procedure provides that a party may amend its pleading *once* as a matter of course. Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). On May 22, 2013, plaintiffs filed a Second Amended Complaint, Dkt. No. 9. Plaintiffs have not sought leave of Court for this second amendment, and it is unclear whether defendants have consented to the amendment. Accordingly, within 14 days of the date of this order, plaintiffs must either satisfy Rule 15(a)(2) or show cause in writing why the Second Amended Complaint should not be stricken.

IT IS SO ORDERED.

Date: May 23, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01132 NC
ORDER TO SHOW CAUSE