UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAREN HEATHERLY, et al., | Case No. 13-cv-01132 NC |
| Plaintiffs, | **ORDER FINDING ORDER TO SHOW CAUSE SATISFIED** |
| v. | Re: Dkt. No. 13 |
| BISTRO 29, et al., | |
| Defendants. | |

On May 23, 2013, the Court ordered plaintiffs to either satisfy Rule 15(a)(2) or show cause in writing why the Second Amended Complaint should not be stricken. Dkt. No. 12. On June 4, 2013, plaintiffs timely filed a stipulation in which defendants Bistro 29 and Department 29, Inc. consent to the filing of the Second Amended Complaint. Dkt. No. 13. After considering this stipulation, the Court hereby finds that the order to show cause is satisfied.

IT IS SO ORDERED.

Date: June 11, 2013

Nathanael M. Cousins
United States Magistrate Judge