1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorney for Plaintiffs
   DAREN HEATHERLY; and
6  IRMA RAMIREZ

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 DAREN HEATHERLY; and IRMA              )   **CASE NO. CV-13-01132-NC**
   RAMIREZ,                               )
                                          )   MOTION FOR ADMINISTRATIVE RELIEF -
12          Plaintiffs,                   )   REQUEST FOR CASE MANAGEMENT
                                          )   CONFERENCE; MEMORANDUM OF
13 v.                                     )   POINTS and AUTHORITIES; and
                                          )   [PROPOSED] ORDER SETTING CASE
14                                        )   MANAGEMENT CONFERENCE THEREON
   BISTRO 29; LARRY W. WILLIAMS and       )
15 CAROLYN A. WILLIAMS, as Trustee of     )   [L.R. 7-11; Gen. Order 56]
   THE LARRY W. WILLIAMS and              )
16 CAROLYN A. WILLIAMS TRUST under        )
   Declaration of Trust dated June 20, 2002; )
17 and DEPARTMENT 29, INC., a California  )   **Complaint filed: March 13, 2013**
   Corporation,                           )
18                                        )
                                          )
19          Defendants.                   )
                                          )
20 _____    )

21

22        Plaintiffs Daren Heatherly and Irma Ramirez, pursuant to Local Rule 7-11 and General

23 Order 56, hereby move this Court for Administrative Relief, and request the Court to set a Case

24 Management Conference.

25        The case before this Court seeks, in part, relief pursuant to Title III of the Americans with

26 Disabilities Act ("ADA"), and pursuant to California statutes of Civil Code §51, *et seq.* and §54,

27 *et seq.*, and California Health & Safety Code §19955 *et seq.*, relief and damages.

28 ///

1    Accordingly, litigation of this case is controlled by the procedures established in General Order

2    No. 56.  These procedures impose a stay on all discovery until after a mediation has been

3    completed and a case management conference has taken place.

4           General Order No. 56 provides for plaintiffs to file a motion to request a Case

5    Management Conference once a mediation has been completed.  On May 15, 2014, plaintiffs

6    DAREN HEATHERLY and IRMA RAMIREZ, and defendants BISTRO 29 and

7    DEPARTMENT 29, INC., a California Corporation ("operators") had a mediation with

8    Mediator, Joel Franciosa.  The mediation was not successful.  Therefore, plaintiffs respectfully

9    request that this matter be set for a Case Management Conference.

10

11                                     Respectfully Submitted,

12

13   Dated: May 29, 2014                  THOMAS E. FRANKOVICH,
                                          *A PROFESSIONAL LAW CORPORATION*
14

15

16                                     By: ___/s/Thomas E. Frankovich_____
17                                          Thomas E. Frankovich
                                          Attorney for Plaintiffs DAREN HEATHERLY and IRMA
18                                          RAMIREZ

19

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**MEMORANDUM OF POINTS AND AUTHORITIES**

**GENERAL ORDER 56**:

General Order No. 56 provides for plaintiffs to file a motion to request a Case Management Conference once a mediation has been completed.

> ¶8 " If the case does not resolve at mediation within seven (7) days of the mediator's filing of a Certification of ADR Sessions reporting that the mediation process is concluded, plaintiff shall file a Motion for Administrative Relief pursuant to Civil Local Rule 7-11 requesting a Case Management Conference."

Dated: May 29, 2014                THOMAS E. FRANKOVICH,

*A PROFESSIONAL LAW CORPORATION*

By: ___/s/Thomas E. Frankovich_____

Thomas E. Frankovich

Attorney for Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ___

**[~~PROPOSED~~] ORDER**

**IT IS HEREBY ORDERED**, that this Court will set this case for a Case Management Conference for June 18, 2014 at 10:00 a.m. A joint case management statement is due June 11, 2014.

Dated:_____May 29_____, 2014

_____

Honorable

United States

UNITED STATES DISTRICT COURT

GRANTED

Judge Nathanael M. Cousins

NORTHERN DISTRICT OF CALIFORNIA