1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAREN HEATHERLY, IRMA RAMIREZ, | Case No. 13-cv-01132 NC |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT; and ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO SEPTEMBER 3** |
| v. | |
| BISTRO 29, and others, | |
| Defendants. | Re: Dkt. No. 35 |

Under Federal Rule of Civil Procedure 15, leave to amend shall be freely given when justice requires. In this case, plaintiffs seek to amend their complaint to add an allegation of post-complaint retaliation. The Court finds that the proposed amendment would not prejudice defendants, is not untimely, and is not futile or frivolous. Significantly, defendants knew about the new allegations in August 2013. Accordingly, the motion for leave is GRANTED. The Clerk of Court is directed to file the proposed Third Amended Complaint, docket entry 37-1, this same day.

In addition, plaintiffs' request to continue the case management conference to September 3, 2014, at 10:00 a.m. is GRANTED, for good cause shown. All other case deadlines remain unchanged.

IT IS SO ORDERED.

Date: August 4, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01132 NC
ORDER GRANTING LEAVE TO FILE
THIRD AMENDED COMPLAINT