THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
***A PROFESSIONAL LAW CORPORATION***
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900
tfrankovich@disabilitieslaw.com

Attorney for Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY; and IRMA RAMIREZ

Plaintiffs,

v.

BISTRO 29; LARRY W. WILLIAMS and CAROLYN A. WILLIAMS, as Trustee of THE LARRY W. WILLIAMS and CAROLYN A. WILLIAMS TRUST under Declaration of Trust dated June 20, 2002; and DEPARTMENT 29, INC., a California Corporation,

Defendants.

**CASE NO. CV-13-1132-NC**

**STIPULATION OF DISMISSAL; and [~~PROPOSED~~] ORDER THEREON**

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release (“Agreement”) herein, each party is to bear its own costs and attorneys’ fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

Therefore, IT IS HEREBY STIPULATED, by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts and have the same force and effect as though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall have the same force and effect as originals.

Dated: September 2, 2014

THOMAS E. FRANKOVICH
***A PROFESSIONAL LAW CORPORATION***

By: /s/Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff DAREN HEATHERLY; and Plaintiff IRMA RAMIREZ

Dated: September 2, 2014

Peter Goldstone
Law Offices of Peter Goldstone

By: /s/Peter Goldstone
Peter Goldstone
Attorneys for Defendants BISTRO 29; and DEPARTMENT 29, INC., a California Corporation

///
///
///
///
///
///
///

Dated: September 2, 2014

Gail F. Flatt, Esq.
**PROVENCHER & FLATT LLP**

By:___/s/Gail F. Flatt_________________________
Gail F. Flatt
Attorney for Defendants LARRY W. WILLIAMS and CAROLYN A. WILLIAMS, as Trustee of THE LARRY W. WILLIAMS and CAROLYN A. WILLIAMS TRUST under Declaration of Trust dated June 20, 2002

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: September 3, 2014

______________________________________
Honorable N[illegible]
United [illegible] California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Nathanael M. Cousins